UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT MAGEE, on behalf of himself and all others similarly situated | CIVIL ACTION |
| VERSUS | NO. 17-8063 |
| WINN-DIXIE STORES, INC. | SECTION "R" (4) |

## JUDGMENT

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff's complaint is DISMISSED.

New Orleans, Louisiana, this __22nd__ day of January, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE